Francisco Arzate #1821766

3001 S. Emily Dr.

Beeville, TX 78102

FILED IN
1ST COURT OF APPEALS
HOUSTON. TEXAS

SEP 3 0 2015

CHRISTOPHER A. PRINE

CLERK

Sept.25,2015

Re: Court of Appeals No.01-12-01074-CR

Dear Clerk,

I am writing to find out what the status of my case is?  I had filed a Brief on Oct.9,2013.  That was the last I heard on my case.  I know it was Affirmed but the lawyer was supposed to file a PDR, which he did not do.  Can you tell me if a "Mandate" affirming my conviction has been issued in my case?  If possible, can you send me a copy of the "Docket Sheet" outlining the actions taken on my case?  I have enclosed a SASE for your convenience. Thank you for your time and attention in this matter.

Sincerely,

Francisco Arzate

CC/File

SAN ANTONIO TX 780
RIO GRANDE DISTRICT

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

SEP 3 0 2015

CHRISTOPHER A. PRINE
CLERK

MAIL RECEIVED

Francisco Arzate #1821766
3001 S. Emily Dr.
Beeville, TX 78102

Court of Appeals, First District
Attn. Hon.Clerk
301 Fannin Street
Houston, TX 77002-2066

77002206699